NUMBER 13-99-775-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________ 


JOHN W. RUSK , Appellant, 



v. 



THE STATE OF TEXAS, Appellee. 

___________________________________________________________________ 


On appeal from the 319th District Court 

 of Nueces County, Texas 

___________________________________________________________________ 



O P I N I O N 



Before Justices Hinojosa, Yañez, and Chavez 

Opinion Per Curiam

 

Appellant, JOHN W. RUSK , attempted to perfect an appeal from a judgment entered by the 319th District Court of Nueces
County, Texas. On January 5, 2000 , the trial court granted appellant's motion for new trial. Appellant has filed a motion
to withdraw his appeal. 

The Court, having examined and fully considered the documents on file, the trial court's order granting a new trial, and
appellant's motion to withdraw appeal, is of the opinion that the appeal should be dismissed for want of jurisdiction.
Appellant's motion to withdraw the appeal is dismissed. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 4th day of May, 2000 .